■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v EDDIE BROOKS, Appellant. [655 NYS2d 356] —Judgment, Supreme Court, New York County (Daniel FitzGerald, J.), rendered February 16, 1995, convicting defendant, after a jury trial, of two counts of robbery in the second degree, and sentencing him, as a second violent felony offender, to concurrent terms of 6 to 12 years, unanimously affirmed.

The verdict was based on legally sufficient evidence and was not against the weight of the evidence. There was ample evidence that defendant intentionally aided his cohorts (*see, People v Davis*, 186 AD2d 437, *lv denied* 81 NY2d 787). Evidence that the complainant's lip bled a great deal and that his mouth and lip were swollen and painful for several days established physical injury (*see, People v Pope*, 174 AD2d 319, *lv denied* 78 NY2d 1079). We perceive no abuse of sentencing discretion. Concur—Ellerin, J. P., Wallach, Williams and Mazzarelli, JJ.

■ In the Matter of BRIAN C., a Person Alleged to be a Juvenile Delinquent, Appellant. [655 NYS2d 351] —Order of disposition, Family Court, New York County (Judith Sheindlin, J.), entered on or about September 19, 1995, which adjudicated respondent a juvenile delinquent, following a fact-finding determination that respondent committed acts, which, if committed by an adult, would constitute the crimes of assault in the first degree and criminal possession of a weapon in the fourth degree, and placed him on probation, unanimously affirmed, without costs.

The finding was not against the weight of the evidence (*see, People v Bleakley*, 69 NY2d 490). Issues concerning the credibility of witnesses were properly placed before the trier of fact and we find no reason to disturb its findings. Concur—Ellerin, J. P., Wallach, Williams and Mazzarelli, JJ.